UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

DAVID POSCHMANN,
             Plaintiff,

v.                                                    Case No. 2:20-cv-00929-JLB-MRM

SHELL MAR, LLC,
             Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, SHELL MAR, LLC ("Defendant") by and through undersigned counsel hereby files this Notice of Settlement and advises this Court that the Parties have fully resolved this dispute and are in the process of preparing and finalizing the necessary documents for final disposition of this matter.

Dated this 29th day of December, 2020.

Respectfully submitted,
Spire Law, LLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765


By: /s/Jesse I. Unruh_____
     Jesse I. Unruh, Esq.
     Florida Bar No. 91121
     jesse@spirelawfirm.com
     lauren@spirelawfirm.com


Attorney for Defendant | SHELL MAR, LLC

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 29th day of December, 2020., the foregoing was electronically filed with the Court by using the Middle District of Florida's CM/ECF portal, which will send a notice of electronic filing to: Lee D. Sarkin, Esq., lsarkin@aol.com; drewmlevitt@gmail.com at 4700 N.W. Boca Raton Boulevard Suite 302 Boca Raton, FL 33431

*/s/ Jesse I. Unruh*
Attorney