# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                              Case No: 2:20-cv-929-FtM-66MRM

SHELL MAR, LLC,

    Defendant.

## ORDER

    Defendant has filed a Notice of Settlement. (Doc. 5.) Pursuant to Local Rule 3.08(b), the Clerk is **DIRECTED** to terminate any pending deadlines and administratively close the file. Within sixty days of this order or upon the expiration of a later date established by the Court, the parties may file either: (1) a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); or (2) on good cause shown, a motion to reopen the case for further proceedings. Failure to comply with this order may result in the entry of an order to show cause pursuant to Local Rule 3.10.

    **ORDERED** at Fort Myers, Florida, on December 30, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE