UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

        Plaintiff,

v.

                                      Case No. 2:20-cv-929-FtM-66MRM

SHELL MAR, LLC,

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate and agree that the above-captioned case has been fully resolved and is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Respectfully submitted this 5TH day of January, 2021.

| | |
|---|---|
| s/Lee D. Sarkin | s/Jesse I. Unruh |
| Drew M. Levitt | Jesse I. Unruh, Esq. |
| Florida Bar No. 782246 | Spire Law, LLC |
| drewmlevitt@gmail.com | jesse@spirelawfirm.com |
| Lee D. Sarkin | lauren@spirelawfirm.com |
| Florida Bar No. 962848 | 2572 W. State Road 426 |
| Lsarkin@aol.com | Suite 2088 |
| 4700 N.W. Boca Raton Boulevard | Oviedo, Florida 32765 |
| Suite 302 | Attorney for Defendant |
| Boca Raton, Florida 33431 | |
| Attorneys for Plaintiff | |