## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DAVID POSCHMANN,

    Plaintiff,

v.                                             Case No:  2:20-cv-929-FtM-66MRM

SHELL MAR, LLC,

    Defendant.

_____

## ORDER

    The parties have filed a Stipulation of Dismissal with Prejudice.  (Doc. 7.) The stipulation is self-executing and requires no further action from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

    **ORDERED** at Fort Myers, Florida, on January 6, 2021.

*[Signature]*

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**